**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARY MICKALICH and ALBERT MICKALICH,

                      Plaintiffs,

v.

UNITED STATES OF AMERICA,

                      Defendant.

_____/

CASE NUMBER: 05-72276

HON. MARIANNE O. BATTANI

## ORDER DENYING DAUBERT MOTION TO EXCLUDE THE OPINION TESTIMONY OF DAVID KESTNER, and ORDER DENYING MOTION IN LIMINE REGARDING DEFENDANT'S SPOILATION OF EVIDENCE & PROFFERED TESTIMONY OF SMITH KALITA

      Pending before the Court is Defendant's Daubert Motion to Exclude the Opinion Testimony of David Kestner (Doc. #11), filed on November 20, 2006.    A hearing having been held on November 27, 2006, that motion is hereby DENIED.

      Also pending before the Court is Plaintiff's Motion in Limine Regarding Defendant's Spoilation of Evidence & Proffered Testimony of Smith Kalita (Doc. #12), filed on November 20, 2006.   A hearing having been held on November 27, 2006, that motion is hereby DENIED.

      IT IS SO ORDERED.


DATED: 12/13/06            s/Marianne O. Battani_____
                            MARIANNE O. BATTANI
                            UNITED STATES DISTRICT JUDGE
_____

CERTIFICATE OF SERVICE

      Copies of this Order were mailed and/or electronically filed to Hugh Davis, Robert Horvath and Rodney Patton on this date.

                      s/Colette Motowski_____
                      Deputy Clerk

December 13, 2006